IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Crume, Andre | Case Number: 08 B 01900 |
|---|---|---|
| | Crume, Cassandra R | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 1/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 16, 2008
Confirmed: April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,167.55 |  |
| Secured: |  | 11,290.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,812.20 |
| Trustee Fee: |  | 910.71 |
| Other Funds: |  | 2,153.72 |
| Totals: | 16,167.55 | 16,167.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James M Philbrick | Administrative | 650.00 | 650.00 |
| 2. | Timothy K Liou | Administrative | 1,162.20 | 1,162.20 |
| 3. | Popular Mortgage Services | Secured | 12,718.62 | 10,344.39 |
| 4. | Illinois Title Loans | Secured | 2,073.22 | 185.25 |
| 5. | Marquette Consumer Finance | Secured | 18,746.94 | 273.00 |
| 6. | City Of Chicago | Secured | 820.16 | 488.28 |
| 7. | Popular Mortgage Services | Secured | 6,445.50 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 202.78 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 135.27 | 0.00 |
| 10. | Condor Capital Corp | Unsecured | 2,125.27 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 68.67 | 0.00 |
| 12. | Marquette Consumer Finance | Unsecured | 47.57 | 0.00 |
| 13. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Michael Reese Hospital And Medical Cntr | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Target | Unsecured | | No Claim Filed |
| | | | $ 45,196.20 | $ 13,103.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 25.78 |
| 6.5% | 802.80 |
| 6.6% | 82.13 |
| | $ 910.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Crume, Andre<br>Crume, Cassandra R<br>Printed: 12/23/08 | Case Number: 08 B 01900<br>Judge: Wedoff, Eugene R<br>Filed: 1/29/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

